IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**GREGORY L. CURTIS, JR.,**

    **Petitioner,**

v.                                    Case No. 1:23-cv-90-AW-MAF

**SECRETARY, DEP'T OF CORRECTIONS,**

    **Respondent.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's October 27, 2023 report and recommendation. ECF No. 14. I have also considered de novo the issues raised in Curtis's objections. ECF No. 15. I have determined that the report and recommendation should be adopted, and I now incorporate it into this order.

Curtis's objections are overruled. The motion to dismiss (ECF No. 11) is granted. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on December 7, 2023.

                                               s/ *Allen Winsor*
                                               United States District Judge